UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WILLIAM MCCARTY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-35-ART |
| | ) | |
| v. | ) | |
| | ) | |
| TRANE, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. **JUDGMENT** is entered in favor of the Defendants, Trane and Trane Pension Board Plan, with respect to all claims asserted in this action by the Plaintiff, William McCarty.

2. This matter is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 27th day of February, 2009.



Signed By:
*Amul R. Thapar*
United States District Judge